# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-1340
Lower Tribunal No. 2016-CF-003636-A-O

_____

JAISON JOSEPH BARBOZA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Luis F. Calderon and Leticia Marques, Judges.

April 14, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, MIZE and KAMOUTSAS, JJ., concur.


F. Wesley Blankner, of Ali & Blankner, Orlando, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Deborah Chance, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED